**R. COLLINS, Appellant,**

v.

**CHERRY PROPERTIES, Respondent.**

No. 72871.

Missouri Court of Appeals, Eastern District, Division Three.

April 14, 1998.

Richelle Collins, pro se.

Leyhe, Meyer, Leyhe & Lobel, William H. Layhe II, St. Louis, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

***ORDER***

PER CURIAM.

The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would not have precedential value. Judg-

ment affirmed in accordance with Rule 84.16(b).